AO450 (Rev. 5/85) Judgment in a Civil Case

FILED, ENTERED AND NOTED IN CIVIL DOCKET
NOV 2 2 2005
PATRICK E. DUFFY, CLERK
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT

__HELENA DIVISION__   DISTRICT OF   __MONTANA__

CHERYL IRISH CLIFFORD

V.

MONTANA STATE WOMEN'S PRISON
MONTANA DEPT OF CORRECTIONS
ATTORNEY GENERAL OF ST OF MONTANA

**JUDGMENT IN A CIVIL CASE**

Case Number:   CV 05-51-H-DWM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
   That Clifford's Petition having been dismissed without prejudice for failure to exhaust state remedies, that Petitioner take nothing and the case is dismissed.

November 22, 2005
Date

PATRICK E. DUFFY
Clerk

(By) Deputy Clerk